UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMNICOM GROUP INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN CHEVEDDEN, <br><br> Defendant. | 1:14-cv-0386 (LLS) (GWG) |

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE THAT**, upon the annexed Declaration of Sarah M. Lightdale and the exhibits thereto, and the accompanying Memorandum of Law, Local Rule 56.1 Statement of Material Facts, and Local Civil Rule 56.2 Notice to Pro Se Litigant Who Opposes a Motion for Summary Judgment, all dated February 7, 2014, the undersigned hereby moves this Court on behalf of Plaintiff Omnicom Group Inc. in the above-captioned action, before the Honorable Louis L. Stanton, United States District Judge, at the United States District Court for the Southern District of New York – Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 21C, New York, New York, 10007, for an order granting summary judgment in this action, pursuant to Federal Rule of Civil Procedure 56, and for such other relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to the Order entered by the Court on January 29, 2014 (Docket Entry No. 5), answering papers shall be due on or before February 21, 2014, and reply papers shall be due on or before February 28, 2014.

Dated: February 7, 2014
New York, New York

Respectfully submitted,

/s/ Jeff G. Hammel
LATHAM & WATKINS LLP
Jeff G. Hammel
Sarah Lightdale
885 Third Avenue
New York, New York 10022
Tel: (212) 906-1200
Fax: (212) 751-4864
E-mail: jeff.hammel@lw.com
E-mail: sarah.lightdale@lw.com

Counsel for Plaintiff Omnicom Group Inc.